ATTORNEY GRIEVANCE COMMISSION     \*     IN THE

OF MARYLAND     \*     COURT OF APPEALS

    \*     OF MARYLAND

       Petitioner     \*

v.     \*

    \*     Misc. Docket AG No. 114

    \*     September Term 2016

SUSAN MYRA GELLER KIRWAN     \*

       Respondent     \*

## O R D E R

The Court of Appeals of Maryland, having indefinitely suspended Susan Myra Geller Kirwan, Respondent, from the practice of law in the State of Maryland by an Opinion and Order filed November 21, 2016 in Misc. Docket AG No. 52, September Term, 2015, now has before it a Joint Petition for Discipline By Consent filed pursuant to Maryland Rule 19-736 by the Attorney Grievance Commission of Maryland, Petitioner, and Susan Myra Geller Kirwan, Respondent, based upon two additional complaints; and upon consideration thereof, it is this _____30th_____ day of _____May_____, 2017,

ORDERED, by the Court of Appeals of Maryland, that Respondent's indefinite suspension from the practice of law shall continue in effect as the sanction for professional misconduct related to Respondent's representation of Charity Eze and Jeffrey Wagner as set forth in the Joint Petition, wherein Respondent acknowledges that sufficient evidence could be produced in the Eze matter to sustain violations of Rules 1.1, 1.3, 1.4(a)(2)-(3) & (b), 1.16(a), 8.1(b) and 8.4(d) of the Maryland Lawyers' Rules of Professional conduct (MLRPC) in effect prior to July 1, 2016, and that sufficient evidence could be produced in the Wagner matter to sustain violations of Rules 1.1, 1.3, 1.4(a)(2)-(3) & (b), 8.1(b) and 8.4(d) of the MLRPC.

/s/ Clayton Greene Jr.
Senior Judge